Andrea G. BRIGGS, Plaintiff—Appellant,

v.

Catherine C. BLAKE; J. Frederick Motz; Walter E. Black, Jr.; Deborah K. Chasanow; Andre M. Davis; Marvin J. Garbis; Alexander H. Harvey, II; Benson E. Legg; Peter J. Messitte; William M. Nickerson; Edward S. Northrop; Frederic N. Smalkin; Alexander Williams, Jr.; Joseph H. Young; John Doe; H. Emory Widener, Jr.; J. Harvie Wilkinson, III; Paul V. Niemeyer; J. Michael Luttig; Karen J. Williams; M. Blane Michael; Diana Gribbon Motz; William B. Traxler, Jr.; Robert B. King; Robert L. Gregory; Dennis L. Gregory; Dennis W. Shedd; Allyson K. Duncan; John D. Butzner, Jr.; J. Dickson Phillips, Jr.; Robert F. Chapman; Clyde H. Hamilton; Jane Doe; Patricia S. Connor, Defendants—Appellees.

No. 04–1103.

United States Court of Appeals, Fourth Circuit.

Submitted May 19, 2004.

Decided June 15, 2004.

Andrea G. Briggs, Appellant pro se.

Before LUTTIG, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Andrea G. Briggs appeals the district court's order dismissing as frivolous her civil action. Our review of the record and the district court's opinion discloses no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Briggs v. Blake,* No. CA–03–3130– WDQ–1 (D.Md. Nov. 14, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*